JAMES T. ARROLL, Respondent, *v.* BUFFALO, LOCKPORT
and ROCHESTER RAILWAY COMPANY, Appellant.

*Arroll* v. *Buffalo, L. & R. Ry. Co.*, 164 App. Div. 970, affirmed.
(Argued December 6, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered October 23, 1914, affirming a judgment in favor
of plaintiff entered upon a verdict. This action was
brought to recover damages for injuries sustained by the
plaintiff through the running away of a team which he
was driving, occasioned, as he claims, by one of the
defendant's cars going west on Lyell avenue, in the

city of Rochester on September 3, 1912, running into and striking the wagon.

*William Nottingham* for appellant.
*William MacFarlane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, McLAUGHLIN and CRANE, JJ. Dissenting: POUND, J. Not sitting: HISCOCK, Ch. J.